UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                  CASE NO.  3:06cr88LAC

JESSIE KNOX, JR.

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   January 22, 2007
Motion/Pleadings:  EMERGENCY MOTION FOR EXTENSION OF TIME TO VOLUNTARILY SURRENDER
Filed by DEFENDANT   on  1/22/2007   Doc.# 31
RESPONSES:
          on          Doc.#
          on          Doc.#

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)        Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 23rd day of January, 2007, that:*
*(a) The relief requested is* ***DENIED.***
*(b)*

*s/L.A. Collier*
***LACEY A. COLLIER***
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.