AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JESSIE KNOX, JR. | ) | Case No: 3:06cr88/LAC |
|  | ) | USM No: 03655-017 |
| Date of Previous Judgment: 12 December 2006 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
  ☒ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __23__   Amended Offense Level: __21__
Criminal History Category: __II__   Criminal History Category: __II__
Previous Guideline Range: __51__ to __63__ months   Amended Guideline Range: __41__ to __51__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain): The original sentence of 18 months was a significant departure from the applicable guidelines and the mandatory minimum of 120 months. The mandatory minimum of 120 months still applies and, despite the reduction in the guidelines, the sentence of 18 months is still appropriate.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated __12 December 2006__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __25 February 2008__                               s/*L.A. Collier*
                                                                                          Judge's signature

Effective Date: _____                               Lacey A. Collier, Senior U.S. District Judge
            (if different from order date)                                      Printed name and title