**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

VS     CASE NO. 3:06-CR-88-001/LAC

JESSIE KNOX, JR

## FINANCIAL REFERRAL AND ORDER

Regarding refund of funds for: _X_ Fine, __ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By: _____ Jessie Knox, Jr. (Payee)
Address:  21 Miracle Dr.
          Mary Esther, FL 32569

Receipt Number  4-7396 & 4-7615

Date of Receipt  6/19/09 & 07/27/09

Motion: N/A

Explanation: Jessie Knox's $300.00 special assessment was paid in full on 5/13/09 from a Treasury Offset Payment.. The Clerk's office received $10.00 on 6/19/09 and another $10.00 on 7/27/09 from Jessie Knox. According to the court dockets and financial records, Mr. Knox does not owe any additional money. Requesting authorization to refund the $20.00 overpayment and any other payments we may receive from Mr. Knox for this case.

WILLIAM M. McCOOL, Clerk of Court

Prepared by:  _s/Philip Detweiler_
              Philip Detweiler, Financial Specialist     Date: August 6, 2009

Referred by: Mary Maloy, Deputy Clerk

## ORDER OF COURT

It is ORDERED this 6th day of August, 2009, that the Clerk refund the identified funds to the payee.

APPROVED____X____

DENIED_____       _s/L.A. Collier_
                        LACEY A. COLLIER
                        SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99